OPINION — AG — ** BANKS — SAVINGS AND LOAN — INDEBTEDNESS ** 42 O.S. 32 [42-32], APPLIES TO BANKERS BUT SAVINGS AND LOAN ASSOCIATIONS ARE NOT BARRED (GENERAL LIEN ON PROPERTY — POSSESSION) THEREBY FROM ASSERTING SUCH REMEDIES AS ARE ACCORDED TO THEM UNDER THE EQUITABLE RIGHT TO SET-OFF THE AMOUNT OF AN EXISTING INDEBTEDNESS. (SET OFF) CITE: 42 O.S. 32 [42-32] (JOHN PAUL JOHNSON)